# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Scott Weddle & Patti Weddle, <br><br> Plaintiff, <br><br> v. <br><br> Pinnacle Financial Group Incorporated, <br><br> Defendant. | Court File No.: 11-CV-01175 (RHK/JJK) <br><br> **Plaintiff's Notice of Dismissal with Prejudice** |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Scott and Patti Weddle voluntarily dismiss this case with prejudice, and without costs or fees to either party.

**THE TODD MURRAY LAW FIRM**

Dated: May 24, 2011

*s/ Todd Murray*

Todd Murray (#347462)
Attorney for Plaintiffs
800 Washington Ave N
Minneapolis, MN 55401
todd@toddmurraylaw.com
(612) 284-4141 (phone)
(612) 605-1933 (fax)

1